# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
No. 14-54V
**Filed: July 6, 2015**

| | |
|---|---|
| * * * * * * * * * * * * * * * * | UNPUBLISHED |
| L.C., | |
| | Special Master Hamilton-Fieldman |
| Petitioner, | |
| | Attorneys' Fees and Costs; |
| v. | Reasonable Amount Requested to |
| | which Respondent Does Not Object. |
| SECRETARY OF HEALTH | |
| AND HUMAN SERVICES, | |
| | |
| Respondent. | |
| * * * * * * * * * * * * * * * * | |

Andrew Downing, Van Cott and Talamante, Phoenix, AZ, for Petitioner.
Michael Milmoe, United States Department of Justice, Washington, D.C., for Respondent.

## DECISION[1]

On January 24, 2014, L.C. ("Petitioner") filed a petition pursuant to the National Vaccine Injury Compensation Program.[2]  42 U.S.C. §§ 300aa-1 to -34 (2006).  Petitioner alleged that an influenza ("flu") vaccination administered to her on October 29, 2012 caused her to suffer from a shoulder injury ("SIRVA").  On June 17, 2015, the undersigned issued a decision awarding compensation to Petitioner.[3]

On June 26, 2015, the parties filed a Stipulation of Facts Concerning Attorneys' Fees and Costs.  Pursuant to their Stipulation, the parties have agreed to an award of $25,000.00 in attorneys' fees and costs.  In accordance with General Order Number 9, Petitioner represents that she has not incurred any out-of-pocket litigation costs in pursuit of her claim.

---

[1] This Decision was originally filed on June 29, 2015.  Petitioner subsequently requested, and was granted, a redaction of her name in the published version of the Decision.  In the reissued Decision, Petitioner's name is replaced with her initials.  The remainder of the Decision is unchanged.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-1 to -34 (2006) (Vaccine Act or the Act).  All citations in this decision to individual sections of the Vaccine Act are to 42 U.S.C.A. § 300aa.

[3] A redacted version of the entitlement decision was made public on June 26, 2015.

The undersigned finds that this petition was brought in good faith and that there existed a reasonable basis for the claim.  Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amount seems reasonable and appropriate.  **Accordingly, the undersigned hereby awards the amount of $9,750.00, in the form of a check made payable jointly to Petitioner and Petitioner's counsel, Andrew D. Downing, of the law firm of Van Cott & Talamante, PLLC.  The undersigned also awards the amount of $15,250.00, in the form of a check made payable jointly to Petitioner and Petitioner's counsel, Andrew D. Downing, of the law firm of Hennelly & Steadman, PLC.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[4]

**IT IS SO ORDERED.**

s/ Lisa Hamilton-Fieldman
Lisa Hamilton-Fieldman
Special Master

---

[4] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.